IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-481-D

| | | |
|---|---|---|
| LIVEWIRE MEDIA, INC., a/k/a Ticketfusion, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| PALACE THEATRE, LLC, | ) ) ) | |
| Defendant. | ) | |

On August 12, 2011, plaintiff filed a motion for dismissal without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure [D.E. 19]. Defendant opposes the motion [D.E. 21] and seeks judgment on the pleadings [D.E. 17].

After considering the entire record, the court believes that dismissal without prejudice is appropriate. Accordingly, plaintiff's motion [D.E. 19] is GRANTED, defendant's motion [D.E. 17] is DISMISSED as moot, and this action is dismissed without prejudice.

SO ORDERED. This 10 day of October 2011.

JAMES C. DEVER III
Chief United States District Judge